FILED BY ____ D.C.

05 JUN -6 PM 5:01

ROBERT R. DI TROLIO
CLERK U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUN -2 PM 1:32

Robert R. Di Trolio
CLERK U.S. DIST. CT.
W.D. OF TN. MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Cr. No. 04-20086-M1 |
| vs. ) | MOTION GRANTED |
| ) | JON PHIPPS McCALLA |
| KEVIN AGEE, ) | U.S. DISTRICT JUDGE |
| Defendant. ) | June 6, 2005 |
| | DATE |

## MOTION TO CONTINUE SENTENCING DATE

Comes now the United States by and through its counsel, Terrell L. Harris, United States Attorney for the Western District of Tennessee and moves the Court to Continue the sentencing of Kevin Agee currently scheduled for June 8, 2005.

The Assistant United States Attorney in this case will be out of town the week of June 8, 2005 for training. Mr. Agee's counsel has been consulted and has no objection to the continuance of the sentencing.

Therefore, the Government requests the Court to continue the sentencing of Mr. Agee until on or after June 15, 2005.

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

By: _____
V. RAE OLIVER
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN 38103
(#18831 Tennessee)

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-7-05

51

**CERTIFICATE OF SERVICE**

I, V. Rae Oliver, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion to Continue Sentencing Date has been mailed, first class postage pre-paid, to Steffen G. Schreiner, Attorney at Law, 369 N. Main Street, Memphis, TN 38103.

This _2nd_ day of June, 2005.

                                    V. RAE OLIVER
                                    Assistant United States Attorney
                                    167 N. Main, Room 800
                                    Memphis, TN  38103

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:04-CR-20086 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT