IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | Cr. No. <u>04-20086-M1/An</u> |
| KEVIN AGEE, | * | |
| Defendant. | * | |

## ORDER

Upon motion of the United States, it is hereby **ORDERED** that Counts 2 and 3 of the indictment against the defendant is hereby dismissed.

**ENTERED** this <u>14</u> day of <u>July</u>, 2005.

JON PHELPS MCCALLA
United States District

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:04-CR-20086 was distributed by fax, mail, or direct printing on July 14, 2005 to the parties listed.

---

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT